FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

ROSEANN B. MACKECHNIE
CLERK

FILED
DC Initials: CTDC/Bridgeport
DC DKT # 02-CV-1030
DC Judge Janet Bond Arterton

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 25th day of July two thousand three.

---

Abdullah

v.                              Docket No. 03-6071

USA

---

The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, *inter alia*,

either pay the docketing fee or move for leave to proceed *in forma pauperis*,

and that in the event of default of this requirement, the Clerk may dismiss the appeal without further notice.

> The Appellant herein not having so proceeded,
> upon consideration thereof, it is
> ordered that the appeal from the order of 3/31/03
> United States District Court for the District of Connecticut
> be and it hereby is dismissed.

ROSEANN B. MACKECHNIE, Clerk

By: Robert Rodriguez
Robert Rodriguez
Deputy Clerk, USCA

A TRUE COPY
Roseann B. Mackechnie, Clerk
by _____
    Deputy Clerk

CERTIFIED: 7-25-03

[Stamp: UNITED STATES COURT OF APPEALS FILED JUL 25 2003 Roseann B. Mackechnie, CLERK SECOND CIRCUIT]